UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA )
 ) EDTN Arresting Dist No. 1:14-mj-331-SKL
v. ) WD of Tenn -Charging Dist. No. 14-20340
 ) Western District of Tennessee-Memphis Div
CLIFFORD EDWARDS )
 )

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on December 17, 2014, in accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure for an initial appearance of the defendant on an Indictment out of the U.S. District Court, Western District of Tennessee, Memphis Division. Those present for the hearing included:

(1) AUSA Jay Woods for the USA.
(2) The defendant, Clifford Edwards.
(3) Attorney Gianna Maio with Federal Defender Services of Eastern Tennessee as appointed counsel for defendant.

After being sworn in due form of law, the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution. Attorney Maio with Federal Defender Services of Eastern Tennessee was present as court appointed counsel in the arresting district.

The defendant had been provided with a copy of the arrest warrant and indictment and had the opportunity of reviewing those documents with his attorney. It was determined defendant was capable of being able to read and understand the copy of the aforesaid documents he had been provided.

AUSA Maio moved that defendant be detained without bail pending a detention hearing in the U.S. District Court, Western District of Tennessee, Memphis Division. The defendant admitted he is the person named in the petition, waived any detention or preliminary hearing in this district, and asked that his hearings and any further proceedings be held in the U.S. District Court, Western District of Tennessee, Memphis Division.

It is ORDERED:

(1) Defendant shall be TEMPORARILY DETAINED pending his transfer to the U.S. District Court, Western District of Tennessee, Memphis Division as set forth

in the Order of Temporary Detention Pending Hearing Pursuant to Bail Reform Act.

(2) The U.S. Marshals Service shall transport defendant to the U.S. District Court, Western District of Tennessee, Memphis Division for a hearing on a date to be determined once defendant is in said district.

SO ORDERED.

ENTER:

                                         s/ *Susan K. Lee*
                                         SUSAN K. LEE
                                         UNITED STATES MAGISTRATE JUDGE

2

Case 1:14-mj-00331-SKL   Document 9   Filed 12/18/14   Page 2 of 2   PageID #: 13